Dated: 9 May 2017  02:47 PM            ENTERED UNDER AMENDED ADMINISTRATIVE
                                       ORDER NO. 11-02
                                       TERESA D. UNDERWOOD,
                                       CLERK OF BANKRUPTCY COURT

                                       BY: /s/ A. A. Threatt
                                           **Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-12414 |
| | ) | |
| Steven O. Fittro | ) | Hon. Jessica Price Smith |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | ORDER DIRECTING EMPLOYER |
| | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| Social Security No.  XXX-XX-2353 | ) | COMBINED WITH RELATED |
| | ) | ORDERS |

To:    **Payroll Supervisor**

The above named debtor, Steven O. Fittro has filed bankruptcy under Chapter 13 of the Bankruptcy Code.  As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court.  Based on the Debtor's filings, the Debtor, Kimberly Uber'ss employer is:

Employer's Name:      PVC Facility Management, Inc.
Address:              1153 Medina Road #100
City/State/Zip:       Medina, OH 44526
Phone:                330-239-0176

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct **$1,408.01 per bi-weekly pay** and the same amount each bi-weekly pay thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the Debtor's attorney certifies that this form is identical in all respects to the official form.

# # #

Submitted by:

Attorney for Debtor:   /s/ Brian D. Flick, Esq.
Brian D. Flick, Esq. #0081605
Marc E. Dann #0039425
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103
216/373-0539
notices@dannlaw.com

INSTRUCTIONS FOR SERVICE

A copy of the foregoing Wage Order was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's electronic mail notice list:

- **Marc E. Dann and Brian D. Flick** notices@dannlaw.com

- **Craig H. Shopneck** ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

- **United States Trustee** (Registered address)@usdoj.gov

<u>Via Regular US Mail to:</u>

Steven Fittro
4666 Michael Avenue
North Olmsted, Ohio 44070

PVC Facility Management, Inc.
1153 Medina Road #100
Medina, OH 44526